UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Denise Theriault

       v.               Case No. 12-cv-183-PB

Lafayette Nordic Village, Inc.

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.

/s/ Paul Barbadoro
Paul Barbadoro
United States District Judge

Date: May 17, 2013

cc: Counsel of Record